NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-3071

DOM WADHWA,

Petitioner,

v.

DEPARTMENT OF VETERANS AFFAIRS,

Respondent.

Petition for review of the Merit Systems Protection Board in PH1221090295-W-1.

Before MICHEL, Chief Judge, FRIEDMAN and LINN, Circuit Judges.

PER CURIAM.

## O R D E R

Dom Wadhwa petitions for panel rehearing and rehearing en banc concerning the court's March 24, 2010 order dismissing his petition for review as untimely filed.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied. The petition for rehearing en banc will be circulated to the court.

FOR THE COURT

MAY 1 1 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Dom Wadhwa
Lauren A. Weeman, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 1 2010

JAN HORBALY
CLERK